CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SUIT NO. 2020-02801

SECTION 11

DIVISION E


FILED MAR 25 2020
CLERKS OFFICE
CIVIL DISTRICT COURT

DECOLA WILLIAMS

VERSUS

SALLY BEAUTY SUPPLY, LLC, MH&JD BEHRMAN MARKETPLACE, LLC, AND XYZ INSURANCE COMPANY

FILED: _____     _____
                                    DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of Decola Williams, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, respectfully represents that:

I.

Made Defendants herein are:

1. Sally Beauty Supply, LLC, a foreign corporation licensed to do and doing business in the Parish of Orleans, State of Louisiana;
2. MH&JD Behrman Marketplace, LLC, a foreign corporation licensed to do and doing business in the Parish of Orleans, State of Louisiana; and
3. XYZ Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of Orleans, State of Louisiana.

II.

On or about the 30th Day of April, 2019, your petitioner, Decola Williams, was a customer at defendant Sally Beauty Supply, LLC's establishment, store number 2970, located at 4021 Behrman Highway, Suite E, New Orleans, Louisiana 70114. Your Petitioner was entering the store when she tripped over an electrical cord that was attached to a portable air conditioning unit, causing her to fall to the floor. The fall caused significant injuries and damages to your petitioner.

III.

At all times relevant herein, and upon information and belief, defendant, Sally Beauty Supply, LLC, was self-insured and therefore vicariously liable for the negligence of Defendants.

IV.

At all times relevant herein, and upon information and belief, defendant, MH&JD Behrman Marketplace, LLC, was the owner/ landlord for the property located at 4021 Behrman Highway, Suite E, New Orleans, Louisiana 70114, and is therefore vicariously liable for any and all negligence on said property.

V.

EXHIBIT 1

VERIFIED
[signature]
4/21/20

At all times relevant herein, and upon information and belief, defendant, XYZ Insurance Company, provided a policy of liability insurance to defendant, MH&JD Behrman Marketplace, LLC, and is therefore liable for any negligence on behalf of MH&JD Behrman Marketplace.

VI.

As a result of said accident, Decola Williams, petitioner herein, was caused severe, painful and disabling personal injuries to her neck, back, wrist, ankle, hip, and her entire body.

VII.

The above-described accident and ensuing injuries to your petitioner was caused by the negligence and/or strict liability of defendant, Sally Beauty Supply, LLC, in the following, but not necessarily exclusive, acts:

1. Failure to properly maintain its premises;
2. Failure to properly train its employees;
3. Failure to properly supervise its employees;
4. Failure to adequately inspect property and/or premises;
5. Failure to correct a known defective/hazardous condition;
6. Failure to warn of a defective/hazardous condition;
7. Any and all other acts of negligence which will be proved at the trial hereof.

VIII.

The above-described accident and ensuing injuries to your petitioner was caused by the negligence and/or strict liability of defendants, MH&JD Behrman Marketplace, LLC and XYZ Insurance Company in the following, but not necessarily exclusive, acts:

1. Failure to properly maintain its premises;
2. Failure to properly train its employees;
3. Failure to properly supervise its employees;
4. Failure to adequately inspect property and/or premises;
5. Failure to correct a known defective/hazardous condition;
6. Failure to warn of a defective/hazardous condition;
7. Any and all other acts of negligence which will be proved at the trial hereof.

IX.

As a result of Defendants' negligence enumerated herein, your petitioner, Decola Williams, is entitled to reasonable damages and herewith itemizes her damages as follows:

1. Past, present, and future physical and mental pain and suffering and disability;
2. Medical expenses, past, present, and future;
3. Scarring and disfigurement;
4. Loss of enjoyment of life;
5. Disability and loss of function;
6. Any and all other damages which will be proved at the trial hereof.

X.

Petitioners aver amicable demand without avail.

XI.

Petitioner herein, Decola Williams, pursuant to L.C.C.P. Article 1572, asks this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, your petitioner, Decola Williams, prays that defendants be duly served and cited to appear and answer this petition; all as provided by law; that after all legal delays and due proceedings had, there be judgment herein jointly, severally and in solido against the defendants, Sally Beauty Supply, LLC, MH&JD Behrman Marketplace, LLC, and XYZ Insurance Company, and in favor of petitioner herein, for reasonable damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully Submitted,

_____
John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 N. Carrollton Ave., Suite 101
New Orleans, LA 70119
Telephone: (504) 486-4343
Attorneys for Plaintiffs,
Brittany Ducre and William Ducre

**PLEASE SERVE:**

Sally Beauty Supply, LLC
Through its registered agent for service of process,
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, LA 70471

MH&JD Behrman Marketplace, LLC
Through its registered agent for service of process,
Ghulam Rupani
1000 River Walk Blvd
Apt 1202
Shreveport, LA 71105

XYZ Insurance Company
Address unknown at this time